1

2

3

4

5

6

7

8                     IN THE UNITED STATES DISTRICT COURT

9                    FOR THE EASTERN DISTRICT OF CALIFORNIA

10   DAISY TURCZYNSKI,

11          Plaintiff,                        No. CIV S-07-0890 DFL GGH PS

12          vs.

13   JAMES FRIEDMAN, individually,                        ORDER
     SUSAN FRIEDMAN, individually,
14   STEWART TITLE COMPANY,
     CHICAGO TITLE COMPANY,
15   GOLDEN HORIZON MORTGAGE,
     nBANK MORTGAGE, COLDWELL
16   BANKER ELITE, DOES 1 through 10,
     inclusive,
17
            Defendants.
18
                                            /
19

20          On July 24, 2007, this court ordered plaintiff to show cause why she is

21   unavailable for legal proceedings August 19 through September 14, 2007.  Plaintiff responded

22   that she was evicted from her home August 1, is currently homeless, and has airline reservations

23   to travel to Seattle on August 20, to stay with her daughter, with a return flight scheduled for

24   September 4.  Plaintiff states that she will be transporting two grandchildren to Seattle and needs

25   to "recuperate from a heavy blow experiencing being [a] homeless person late in my life."

26   Plaintiff states that her daughter has now made arrangements for plaintiff to stay until October 15

1

1    and requests further continuance of these proceedings to accommodate the extended deadline.

2    Plaintiff has provided copies of her airline reservations to and from Seattle, August 20 to

3    September 4, and the one-way reservations of her grandchildren on August 20 to Seattle.

4    Plaintiff's eviction makes evident the ongoing state court proceedings in this case,

5    which defendants assert are controlling.  Plaintiff's eviction also demonstrates the importance of

6    resolving the instant case as quickly as possible.  Plaintiff, who initiated these proceedings,

7    cannot reasonably expect to maintain the jurisdiction and resources of this court without adhering

8    to the court's calendar and deadlines, which includes hundreds of other cases.

9    Given the exigencies of plaintiff's living situation, and the opportunity she has

10   temporarily to remedy it, the court will grant a continuance of the motions to dismiss currently

11   scheduled for hearing August 30, 2007,[1] to September 13, 2007, at 10:00 a.m. in Courtroom No.

12   10.  The court will grant no further continuances.  Plaintiff's opposition to all pending motions

13   must be filed no later than August 30, and served upon the defendants by August 27.  Failure

14   timely to serve and file an opposition shall be construed as plaintiff's acquiescence to the

15   motions.

16   Plaintiff may request, in her timely filed and served opposition, that these matters

17   be submitted for decision on the papers, without oral argument.

18   Alternatively, should plaintiff determine that she no longer wishes to pursue this

19   federal action, she shall so notify the court on or before August 30, 2007.

20   IT IS SO ORDERED.

21   DATED:  8/14/07                                      /s/ Gregory G. Hollows

22                                                        _____
                                                          GREGORY G. HOLLOWS
                                                          U. S. MAGISTRATE JUDGE
23   GGH5:turc0890.disch.osc

24

---

25   [1]  These motions were filed June 14 by nBank Mortgage, July 16 by the Friedman's, July
     26 by Stewart Title Company, and July 27 by Chicago Title Company; also included are the
26   parties' myriad joinders and Stewart Title Company's motion to strike.