IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

DAISY TURCZYNSKI,

    Plaintiff,                                           CIV-S-07-0890 RRB GGH PS

    vs.

JAMES FRIEDMAN, et al.,

    Defendants.                             ORDER

_____/

        On October 24, 2007, the magistrate judge filed findings and recommendations herein which were served on the parties and which contained notice that any objections to the findings and recommendations were to be filed within ten days. On October 30, 2007, plaintiff was re-served to her most current address. No objections were filed.

        Although it appears from the file that plaintiff's copy of the findings and recommendations was returned, plaintiff was properly served. It is the plaintiff's responsibility to keep the court apprised of her current address at all times. Pursuant to Local Rule 83-182(f), service of documents at the record address of the party is fully effective.

        Accordingly, the court presumes any findings of fact are correct. See Orland v. United States, 602 F.2d 207, 208 (9th Cir. 1999). The magistrate judge's conclusions of law are reviewed de novo. See Britt v. Simi Valley Unified School Dist., 708 F.2d 452, 454 (9th Cir. 1983).

1 | The court has reviewed the applicable legal standards and, good cause appearing, concludes that it is appropriate to adopt the Findings and Recommendations in full.

Accordingly, IT IS ORDERED that:

1. The Findings and Recommendations filed October 24, 2007, are ADOPTED; and

2. The following motions to dismiss are granted: (1) filed July 16, 2007, by James and Susan Friedman, (2) filed June 14, 2007, by nBank Mortgage, and (3) filed July 26, 2007, by Stewart Title Company. Plaintiff's Notice of Lis Pendens, filed May 22, 2007 is discharged, as there is no probable cause to sustain it in this court.

ENTERED this 19th day of December, 2007.

S/RALPH R. BEISTLINE
UNITED STATES DISTRICT JUDGE